IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DAVID ANDREWS,**<br><br>Plaintiff,<br><br>v.<br><br>**AURELIO, et al.,**<br><br>Defendants. | C 11-2526 LHK (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendant Walch has moved for a sixty-day extension, up to and including June 22, 2012, in which to file a dispositive motion. The Court has read and considered Defendant's motion to change time and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file a dispositive motion is extended up to and including June 22, 2012.

//
//
//
//

1

[Proposed] Order Grant. Defs.' Mot. Change Time to File Disp. Mot.   *Andrews v. Aurelio, et. al* (C 11-2526 LHK)

1  Plaintiff shall file an opposition within thirty days of Defendants filing their motion.  Defendants
2  may thereafter file a reply to Plaintiff's opposition within fifteen days of the receipt and filing of
3  the opposition with the Court.

Dated:  5/10/12

_/s/ Lucy H. Koh_
LUCY H. KOH
United States District Judge

SF2012204351
20601822.doc

[Proposed] Order Grant. Defs.' Mot. Change Time to File Disp. Mot.    *Andrews v. Aurelio, et. al* (C 11-2526 LHK)