IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID RAYMOND ANDREWS, | ) | No. C 11-2526 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | ) ) | TO FILE OPPOSITION |
| J. AURELIO, et al., | ) ) | |
| Defendants. | ) ) | (Docket No. 41.) |

Plaintiff, a California prisoner pro se, filed this civil rights action under 42 U.S.C. § 1983. Defendants have filed a motion to dismiss in which they argue that Plaintiff's claims are not exhausted as required by 42 U.S.C. § 1997e, and a motion for summary judgment. (Docket No. 35.) Plaintiff has filed a motion for an extension of time to file an opposition to Defendants' motions. Good cause having been shown, Plaintiff's motion is **GRANTED**. Plaintiff shall file an opposition **no later than October 1, 2012**.

This order terminates docket number 41.

IT IS SO ORDERED.

DATED: 7/27/12

LUCY H. KOH
United States District Judge

Order Granting Motion for Ext. of Time
G:\PRO-SE\SJ.LHK\CR.11\Andrews526eot_opp.wpd