IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAYMOND ANDREWS,<br><br>    Plaintiff,<br><br> v.<br><br>J. AURELIO, et al.,<br><br>    Defendants. | No. C 11-2526 LHK (PR)<br><br>ORDER GRANTING IN PART MOTION FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION<br><br><br>(Docket No. 52.) |

Plaintiff, a California prisoner pro se, filed this civil rights action under 42 U.S.C. § 1983. On June 22, 2012, Defendants filed a motion to dismiss in which they argue that Plaintiff's claims are not exhausted as required by 42 U.S.C. § 1997e, and a motion for summary judgment. (Docket No. 35.) Plaintiff has filed a motion for a second extension of time to file an opposition to Defendants' motions. Plaintiff's motion is **GRANTED** in part. Plaintiff shall file an opposition **no later than December 1, 2012**. No further extensions will be granted absent exigent circumstances.

This order terminates docket number 52.

IT IS SO ORDERED.

DATED:  10/19/12

                                                               LUCY H. KOH<br>
                                                               United States District Judge