UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID RAYMOND ANDREWS,<br><br>    Plaintiff,<br>v.<br><br>J. AURELIO, CORRECTION COUNSELOR, et al.,<br><br>    Defendants.<br>_____/ | No. 5:11-CV-02526 LHK (NJV)<br><br>ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of DAVID RAYMOND ANDREWS, inmate no. T67625, presently in custody at Pleasant Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: April 8, 2013

                                     NANDOR J. VADAS
                                     United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, Pleasant Valley State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of DAVID RAYMOND ANDREWS in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, Vacaville, California, on May 23 2013, at 11:00 a.m., in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Andrews v. Aurelio, et al, and

at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: April 8, 2013

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: April 8, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAVID RAYMOND ANDREWS,<br>        Plaintiff,<br><br>    v.<br><br>J. AURELIO, CORRECTION COUNSELOR, et al.,<br>        Defendants.                   / | No. 5:11-CV-02526 LHK (NJV)<br><br>CERTIFICATE OF SERVICE |

      I, the undersigned, hereby certify that on April 8, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

David Raymond Andrews
T-67625
Pleasant Valley State Prison
Housing: C-5 248
Post Office Box 8500
Coalinga, CA 93210

Litigation Coordinator Larry Mackin
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3