1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  DAVID RAYMOND ANDREWS,              )      No. C 11-2526 LHK (PR)
                                        )
12              Plaintiff,              )      ORDER DENYING MOTIONS
                                        )      WITHOUT PREJUDICE
13      v.                              )
                                        )
14  J. AURELIO, et al.,                 )
                                        )      (Doc. Nos. 68, 70, 75)
15              Defendants.             )
    _____)

16

17          Plaintiff, a state prisoner proceeding *pro se*, filed a second amended civil rights

18  complaint pursuant to 42 U.S.C. § 1983.  On February 1, 2013, the court granted in part and

19  denied in part defendants' motion to dismiss and motion for summary judgment.  The court

20  referred this matter to Magistrate Judge Vadas for possible settlement and stayed the case.

21          Magistrate Judge Vadas held a settlement conference on May 23, 2013.  (Doc. No. 71.)

22  The parties were unable to reach an agreement at that time.  However, the parties agreed to a

23  status conference at a later time, and since the May 23, 2013, settlement conference, have held

24  four additional status conferences.  (Doc. Nos. 72, 73, 74.)  Per Magistrate Judge Vadas'

25  chambers, another status conference is set for January 7, 2014.

26          Because this case was ordered stayed on May 23, 2013, and settlement proceedings are

27  ongoing, defendants' motion for leave to file a renewed motion for summary judgment and

28  plaintiff's motions to appoint counsel are DENIED without prejudice to renewal pending the

Order Denying Motions without Prejudice
G:\PRO-SE\LHK\CR.11\Andrews526misc.wpd

1  outcome of settlement proceedings.  This action remains stayed and administratively closed until

2  further order of the court.

3      IT IS SO ORDERED.

4  DATED:  12/4/13          _Lucy H. Koh_____

                            LUCY H. KOH

5                           United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Directing Plaintiff to provide more info.
G:\PRO-SE\LHK\CR.11\Andrews526misc.wpd      2