IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID RAYMOND ANDREWS, | ) | No. C 11-2526 LHK (PR) |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTIONS WITHOUT PREJUDICE |
| | ) | |
| v. | ) | |
| | ) | |
| J. AURELIO, et al., | ) | |
| | ) | (Doc. Nos. 68, 70, 75) |
| Defendants. | ) | |
| | ) | |

     Plaintiff, a state prisoner proceeding *pro se*, filed a second amended civil rights complaint pursuant to 42 U.S.C. § 1983.  On February 1, 2013, the court granted in part and denied in part defendants' motion to dismiss and motion for summary judgment.  The court referred this matter to Magistrate Judge Vadas for possible settlement and stayed the case.

     Magistrate Judge Vadas held a settlement conference on May 23, 2013.  (Doc. No. 71.)  The parties were unable to reach an agreement at that time.  However, the parties agreed to a status conference at a later time, and since the May 23, 2013, settlement conference, have held four additional status conferences.  (Doc. Nos. 72, 73, 74.)  Per Magistrate Judge Vadas' chambers, another status conference is set for January 7, 2014.

     Because this case was ordered stayed on May 23, 2013, and settlement proceedings are ongoing, defendants' motion for leave to file a renewed motion for summary judgment and plaintiff's motions to appoint counsel are DENIED without prejudice to renewal pending the

Order Denying Motions without Prejudice
G:\PRO-SE\LHK\CR.11\Andrews526misc.wpd

1  outcome of settlement proceedings. This action remains stayed and administratively closed until
2  further order of the court.
3      IT IS SO ORDERED.
4  DATED: 12/4/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge