UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID RAYMOND ANDREWS,

    Plaintiff,

  v.

J. AURELIO, et al.,

    Defendants.

Case No. 11-cv-02526-LHK (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A further settlement conference was held on July 23, 2014 by video conference, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X) Plaintiff, Pro Se

    ( ) Warden or warden's representative

    (X) Office of the California Attorney General, Donn Robert Duncan

    (X) Other: Patricia Lee for California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (X) The case has been completely settled. A telephonic status hearing is scheduled for August 26, 2014. Defense counsel shall facilitate plaintiff's phone appearance. Telephonic appearance information shall be provided to Defense counsel by email.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet

1. attached remain for this Court to resolve.
2. ( ) The parties are unable to reach an agreement at this time.
3. **IT IS SO ORDERED.**
4. Dated: July 25, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge